**Ronald Lee ROBERTSON,**
**Plaintiff–Appellant,**

v.

**Scott NIVENS, Probation & Parole # 13; A.M. Collins, Superintendent, Appalachian Correctional Center; Ronald Wuergler, Major; Kim Tyree, Nurse, Defendants–Appellees.**

No. 03–6318.

United States Court of Appeals,
Fourth Circuit.

Submitted July 16, 2003.

Decided Sept. 16, 2003.

Ronald Lee Robertson, Appellant Pro Se. Richard Carson Vorhis, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Affirmed as modified by unpublished PER CURIAM opinion.

PER CURIAM.

Ronald Lee Robertson appeals the district court's judgment granting summary judgment to the Appellees Nivens, Collins and Wuergler and dismissing the complaint as to Appellee Tyree. We have reviewed the record and find no reversible error relating to the grant of summary judgment. Accordingly, we affirm the grant of summary judgment for the reasons stated by the district court. *Robertson v. Nivens,* No. CA–02–778–7 (W.D.Va.

Feb. 6, 2003). As for the dismissal of the action for failing to properly serve process on Appellee Tyree, we have reviewed the record and find no reversible error. We note, however, that dismissal of the action should have been without prejudice. *See Mendez v. Elliot,* 45 F.3d 75, 78 (4th Cir. 1995). Accordingly, we affirm the court's dismissal of Tyree as modified to reflect dismissal without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*